**RECEIVED**

JUN - 2 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**KONSTANTIN LOGUINOV**

    Plaintiff/Petitioner,

v.

**ALBERTO GONZALES, U. S. Attorney General; and MICHAEL CHERTOFF, Secretary of Department of Homeland Security; and EMILIO T. GONZALEZ, Director of U. S. Citizenship and Immigration Services; and ROBERT MUELLER, Director of Federal Bureau of Investigation,**

    Defendants.

Case No. 4:06CV00441 RWS

So Ordered

[signature]
6/7/06

## PLAINTIFF'S MOTION TO DISMISS

Come now the Plaintiff and move the Court to dismiss the above cause of action, as the parties amicably settled this mater.

Respectfully submitted,

[signature]

KONSTANTIN LOGUINOV
12471 Lyric Apt. #201
St. Louis, MO 63146
Tel. 314-283-9694
Email : kloguinov@charter.net

1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 2nd, 2006, the foregoing was filed with the Clerk of the Court and then delivered to :

Jane Rund
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102

Respectfully submitted,

KONSTANTIN LOGUINOV
12471 Lyric Apt. #201
St. Louis, MO 63146
Tel. 314-283-9694
Email : kloguinov@charter.net